In the Matter of JAMES J. CRISONA, Respondent, against JAMES M. POWER et al., as Commissioners of Elections of the City of New York, Respondents, and EUGENE J. MCMAHON et al., Appellants.

Argued September 10, 1954; decided September 10, 1954.

*Eugene J. McMahon,* appellant in person, and for James McCourt and others, appellants.

*Abraham L. Shapiro* for James J. Crisona, respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.